**No. 68706.**—R. & F. Shoe Co. *v.* United States, protests 128635-K, etc. (Laredo).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that certain items on the invoices, which include styles 101, 102, 106, 106–A, 108, 108–A, and 2002/204, consist of huaraches similar in all material respects to those the subject of *United States* v. *A. J. Taylor of Santa Fe, New Mexico* (48 CCPA 97, C.A.D. 772), the claim of the plaintiff was sustained.